UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR. )<br>Fed. Reg. No. 11977-007 )<br>FCC Petersburg-Medium )<br>P.O. Box 90043 )<br>Petersburg, VA 23804-9003 )<br>    Plaintiff *Pro Se* )<br>                             )<br>    v.                          )<br>                             )<br>District of Columbia )<br>                             )<br>and )<br>                             )<br>UNITY HEALTH CARE, INC. )<br>3020 14th Street, N.W., Ste. 401 )<br>Washington, D.C. 20005 )<br>    Defendants )<br>                             ) | Civil Action No.: 07-_____ |

## NOTICE OF REMOVAL OF A CIVIL ACTION

The Department of Health and Human Services, through the undersigned attorneys, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), 1446, 1346(b), 2401(b), and 2671-80. In support of that notice, The Department of Health and Human Services states as follows:

1. Unity Health Care, Inc., a federally-supported health center, is the defendant in the civil action styled <u>Johnny Ray Chandler, Sr. v. District of Columbia, et al.</u>, now pending in the Superior Court of the District of Columbia, Civil Action No.: 2007CA4230B. By operation of the Federally Supported Health Centers Assistance Act ("FSHCAA"), 28 § 233 (g)-(n), Unity Health Care, Inc. is a Public Health Service employee and is covered under the Federal Tort

-1-

Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2401(b), and 2671-80. The Secretary of Health and Human Services deemed Unity Health Care, Inc. eligible for FTCA coverage pursuant to FSHCAA on October 1, 1996, and renewed its deemed status effective January 1, 2005. See 42 U.S.C. § 233(h). The United States, therefore, is the proper defendant in this case and should be substituted for Unity Health Care, Inc.

2. The above entitled medical malpractice action was filed on or around June 5, 2007, and a copy of the complaint is attached hereto as Exhibit A. Plaintiff filed a Motion to Amend the Complaint in order to add Unity Health Care, Inc. as a Defendant. The Superior Court granted this motion. See Exhibit B attached.

3. At the time of the incidents alleged in the complaint, Unity Health Care, Inc. was a grantee of the Department of Health and Human Services. Plaintiff's complaint seeks damages in the amount of $135,000.00 for defendant's alleged negligence and injunctive relief. See Ex. A, Relief Sought.

4. Plaintiff's claims are ones for which the District Court has original jurisdiction, because the suit is against the United States pursuant to the Federal Torts Claims Act and therefore removal is also authorized by 42 U.S.C. § 233 and 28 U.S.C. § 1441(a).

WHEREFORE, this action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. §§ 1346(b), 1441, 1442(a)(1), 1446, 2401(b), and 2671-80.

November 6, 2007.  Respectfully Submitted,

*/s/ Jeffrey A. Taylor*

JEFFREY A. TAYLOR, DC Bar #489610
United States Attorney

*/s/*

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*/s/*

ALEXANDER D. SHOAIBI, DC Bar # #423587
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 4th Street, N.W.,
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530
(202) 514-7236

Counsel for the Defendant

## CERTIFICATE OF SERVICE

I certify that on November 6, 2007, I caused copies of the foregoing Notice of Removal of Civil Action to be served by first class mail upon:

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg-Medium
P.O. Box 90043
Petersburg, VA 23804-9003

Linda Singer, Esq.
Attorney General for the District of Columbia
441 4th Street NW
Washington, DC 20001

Unity Health Care, Inc.
3020 14th Street NW, Suite 401
Washington, DC 20009
Attn: Molly Evans

_____
ALEXANDER D. SHOAIBY, DC Bar #423587
Assistant United States Attorney

# EXHIBIT A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

FILED
CIVIL ACTIONS BRANCH
JUN 0 5 2007
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

Johnny Ray Chandler, Sr
Fed. Reg. No 11977-007
FCC Petersburg - Medium
P.O. Box 90043
Petersburg, Va. 23804

Plaintiff

vs.

District of Columbia Government (2) The D.C. Department of Corrections
Mr. Adrian M. Fenty (Mayor)        Office of General Counsel
1350 Penn. Ave., N.W.              1923 Vermont Ave., N.W.
Washington, D.C. 20001             Suite N-102
                                   Washington, D.C. 20001
Defendants

Serve: Ms. Gale Rivers
(Ms. Tabatha Braxton)
600 S #441 4th St. N.W.  (D.C. Attorney General)

Civil Action No. 0004230-07

COMPLAINT  Serve: Ms. Maria Amato

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921. This Complaint is against the Government of the District of Columbia and the D.C. Dept. of Corrections. For the Tort of "Negligence and personal injury. I am a prisoner of the District of Columbia. On October 5, 2006, while housed at the D.C. Dept. of Corrections Central Detention Facility (D.C. Jail). I fell and seriously injured my neck and my lower back. At the Detention Facility (Jail) they have Bunkbeds in all of the cells, in all of the Housing Units. If the D.C.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $135,000.00 with interest and costs.

Continued on Attached Page

DISTRICT OF COLUMBIA, ss

Johnny Ray Chandler, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-off and just grounds of defense.

Phone:

Case: 2007 CA 004230 B

Johnny Ray Chandler
(Plaintiff / Agent)

Subscribed and sworn to before me this 22nd day of March, 20 07.

Tammy L Bayes
(Notary Public/Deputy Clerk)

My Commission Expires 11-30-09

FORM CV-1013/Nov. 80

EXHIBIT A

District of Columbia

0004230-07

Johnny Ray Chandler, Sr.

Plaintiff

V.

Adrian M. Fenty, et al.,

Defendants.

## Certificate of Claims

I, Plaintiff Johnny Ray Chandler, hereby certify that the following claim is neither frivolous or harassing. Also, I certify that this claim has never before been raised or disposed of on it's merits.

Respectfully Submitted,

Johnny Ray Chandler

April 16, 2007

(continued)

0004230-07

Government had ladders at the jail, I never would have fallen and injured my neck and my back. Moreover the Department of Corrections is a subsidiary Agency of the D.C Government and the D.C. Government is liable for the actions of all it's agencies and employees thereof.

### Relief Sought

As relief and settlement of this claim. I, respectfully, ask this court to award me the following relief:

1. $135,000.00 for pain and suffering plus negligence.

2. Injunctive Order: Ordering that ladders be put in every cell at the D.C Detention Facility.

*Johnny Ray Chandler*

**EXHIBIT B**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOHNNY RAY CHANDLER, Sr., ) | CASE NO. 2007 CA 004230 B |
| Plaintiff(s), ) | |
| ) | CALENDAR 8 |
| vs ) | |
| ) | JUDGE RONNA LEE BECK |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendant(s). ) | |

### ORDER GRANTING MOTION TO AMEND THE COMPLAINT AND SUPPLEMENT THE PLEADINGS

Before the court is plaintiff's motion to amend the complaint and supplement the pleadings. Plaintiff seeks to add an additional party, Unity Health Care Inc.[1] Super. Ct. Civ. R. 15(a) provides that a plaintiff may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. The plaintiff has not amended his complaint previously, and no responsive pleading to the complaint has yet been filed.

Plaintiff has been authorized to proceed *in forma pauperis*. As a result, the court has some responsibility in connection with service of process on the defendants. Super. Ct. Civ. R. 54 II, *Herbin v. Hoeffel*, 727 A.2d 883 (D.C. 1999). Consequently, the undersigned judge's assistant contacted Unity Health Services, Inc. and spoke with Molly Evans, in-house counsel, who represented that she was authorized to agree to accept service of process by mail.[2] Accordingly, it is this 7th day of August, 2007, hereby

ORDERED that plaintiff's motion to amend his complaint and to include Unity Health Care, Inc. as a party defendant is GRANTED;

---

[1] Plaintiff asked to add Unity Health Care Services, but the organization's correct name appears to be Unity Health Care, Inc.

[2] The court is very appreciative of the co-operation of Unity Health Services, Inc. and Ms. Evans in this regard.

**DOCKETED IN CHAMBERS** AUG 0 7 2007

**MAILED FROM CHAMBERS** AUG 0 7 2007

EXHIBIT R



FURTHER ORDERED that for service or process on Unity Health Care, Inc., the court is mailing a copy of this order, along with a copy of the summons and complaint to:

> Unity Health Care, Inc.
> 3020 14th Street, NW, Suite 401
> Washington, DC 20009
> **Attn: Molly Evans**

FURTHER ORDERED that by September 14, 2007, Unity Health Care, Inc. shall file its answer;

FURTHER ORDERED that the District of Columbia is directed to answer the complaint by September 14, 2007, as well. To save the court additional efforts, the court sincerely hopes that the District of Columbia will not challenge service of process in this case. Although plaintiff apparently already attempted to serve the District of Columbia, the court is enclosing a copy of the summons and complaint with the District of Columbia's copy of this order, for the District of Columbia's convenience. If the District of Columbia is challenging service of process, it is directed to notify the undersigned judge's assistant, Sharon Grabner (202-879-1162), immediately.

FURTHER ORDERED that this case is scheduled for an initial scheduling hearing on September 28, 2007, at 9:30 a.m. in courtroom 518.

_____
JUDGE RONNA LEE BECK
(Signed in Chambers)

2

Copies mailed from chambers to:

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg-Medium
P.O. Box 90043
Petersburg, VA 23804-9003
*Plaintiff Pro Se*

Linda Singer, Esq.
Attorney General for the District of Columbia
441 4th Street NW
Washington DC 20001

Unity Health Care, Inc.
3020 14th Street, NW, Suite 401
Washington, DC 20009
Attn: Molly Evans

# NOTICE OF FILING
# NOTICE OF REMOVAL

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### Civil Division

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR.<br>Fed. Reg. No. 11977-007<br>FCC Petersburg-Medium<br>P.O. Box 90043<br>Petersburg, VA 23804-9003<br>    Plaintiff *Pro Se*<br><br>v.<br><br>District of Columbia<br><br>and<br><br>UNITY HEALTH CARE, INC.<br>3020 14th Street, N.W., Ste. 401<br>Washington, D.C. 20005<br>    Defendants | Civil Action No.: 2007 CA 004230 B |

### NOTICE OF FILING NOTICE OF REMOVAL OF A CIVIL ACTION

PLEASE TAKE NOTE that on November 6, 2007, the United States filed with the Clerk of the United States District Court for the District of Columbia a Notice of Removal in the above captioned civil action, pursuant to 28 U.S.C. §§ 1441(a), 1442(a)(1), 1446(a), 1346(b), 2401(b), and 2671-80. Accordingly, the **Superior Court of the District of Columbia "shall proceed no further unless and until the case is remanded."** See 28 U.S.C. § 1446(d). A copy of the Notice of Removal (with attachments) is attached hereto.

November 6, 2007

Respectfully Submitted,

*/s/ Jeffrey A. Taylor/dvh*

JEFFREY A. TAYLOR, DC Bar #489610
United States Attorney

*/s/ Rudolph Contreras*

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

*/s/ Alexander D. Shoaibi*

ALEXANDER D. SHOAIBI, DC Bar # #423587
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 4th Street, N.W.,
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530
(202) 514-7236

Counsel for the Defendant

## CERTIFICATE OF SERVICE

I certify that on November 6, 2007, I caused copies of the foregoing Notice of Filing Notice of Removal of a Civil Action and Notice of Removal of Civil Action to be served by first class mail upon:

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg-Medium
P.O. Box 90043
Petersburg, VA 23804-9003

Linda Singer, Esq.
Attorney General for the District of Columbia
441 4th Street NW
Washington, DC 20001

Unity Health Care, Inc.
3020 14th Street NW, Suite 401
Washington, DC 20009
Attn: Molly Evans

_____
ALEXANDER D. SHOAIBI, DC Bar #423587
Assistant United States Attorney

# CIVIL COVER SHEET

JS-44
(Rev. 2/01 DC)

## I (a) PLAINTIFFS
Johnny Ray Chandler, Sr.
88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
District of Columbia and Unity Health Care, Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: In land condemnation cases, use the location of the tract of land involved

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Pro se, Fed. Reg. No. 11977-007, FCC Petersburg-Medium, P.O. Box 90043, Petersburg, VA 23804-9003

ATTORNEYS (IF KNOWN)

Alexander D. Shoaibi, U.S. Attorney's Office for District of Columbia, 555 Fourth Street, N.W., Washington, D.C. 20530 (202) 514-7236

## II BASIS OF JURISDICTION
(SELECT ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
● 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (SELECT ONE FOR PLAINTIFF AND ONE FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY!)

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Select one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ● B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☒ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding  ● 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
medical malpractice by federal employees, removed pursuant to 28 USC 1441, 1442, 1446, and 2679

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ $135,000.00   Select YES only if demanded in complaint   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)  ☐ YES  ☒ NO   If yes, please complete related case form.

DATE 11/6/07   SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.