UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-2010 PLF |
| ) | |
| UNITY HEALTH CARE INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSE TO COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the United States of America respectfully moves this Court to enlarge the time within which it may file its answer or response to the complaint in this removal action. Because plaintiff is incarcerated, undersigned counsel did not contact him to obtain his position on this motion. In support of this motion, the United States states that:

1. Upon receipt of this case, which at the time was pending in the District of Columbia Superior Court, undersigned counsel prepared the removal papers and removed this case to this Court on November 6, 2007. Fed. R. Civ. P. 81(c) provides for the longer of 20 days from service or receipt of the complaint or five days from removal of the case to answer the complaint.

2. The undersigned intends to file a dispositive motion in response to plaintiff's complaint, which, if granted, would resolve the entire case. The undersigned will need more time than provided under Rule 81 to consult with the client agency, obtain and review relevant records, and to prepare and file the motion. Thus, the United States requests that it be given until

December 14, 2007, to file its response to plaintiff's complaint.

Respectfully Submitted,

_____//_____
JEFFREY A. TAYLOR, DC Bar #489610
United States Attorney


_____//_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____//_____
ALEXANDER D. SHOAIBI, DC Bar # #423587
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 4th Street, N.W.,
555 Fourth Street, N.W. -- Room E-4218
Washington, D.C. 20530
(202) 514-7236

Counsel for the Defendant

CERTIFICATE OF SERVICE

I certify that on November 14, 2007, I caused copies of the foregoing Motion for Enlargement of Time to be served by first class mail upon:

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg-Medium
P.O. Box 90043
Petersburg, VA 23804-9003

George Rickman, Esq.
Attorney General for the District of Columbia
441 4th Street NW
Washington, DC 20001

_____
ALEXANDER D. SHOAIBI
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 07-2010 PLF |
| | ) |
| UNITY HEALTH CARE INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to File an answer or response to the complaint, any opposition thereto, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that the motion be, and hereby is, GRANTED, and it is further,

ORDERED, that Defendant shall have until December 14, 2007, to file its response to the complaint in this matter.

_____
United States District Court Judge