UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER ) | |
| ) | |
|    Plaintiff, ) | Case No.: 1:07-cv-02010 |
| v. ) | Assigned To: Judge Paul L. Friedman |
| ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
|    Defendants. ) | |
| _____) | |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of said Court will please **enter** the appearance of Darrell Chambers, Assistant Attorney General, on behalf of the Defendant District of Columbia and please strike the appearance of Assistant Attorney General George Rickman. Pursuant to the Local Rules of the United States District Court for the District of Columbia, Darrell Chambers has registered with the Clerk's office as a Government Attorney.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\s\ Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, General Litigation Sec. I

\s\ Darrell Chambers
DARRELL CHAMBERS
Assistant Attorney General
441 4TH Street, N.W., 6th Floor South
Washington, D.C. 20001
202-724-6539; 202-727-3625
darrell.chambers@dc.gov