United States District Court
for the District of Columbia

RECEIVED
JAN 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

*Let this be filed*
*PLF 1/18/08*

  V.    Civil Action No. 07-CV-2010 (P.L.F.)

District of Columbia, et al.,

    Defendants.

Plaintiffs' Motion for Default Failure to Respond

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant to Rule 55 of the Fed. R. Civ. Pro, and the Rules of this Court. Respectfully moves this Honorable Court to enter an Order of Default against the District of Columbia, for failure to respond to the order that was issued in this Case by Superior Court Judge,

Judge assigned to this case, The Honorable Judge, Ronna Lee Beck, of the D.C. Superior Court. This case was initially filed in the D.C. Superior Court. But, was later transferred to this Court by defendant, Unity Health Care, Inc. On August 7, 2007 Judge, Beck issued an Order Granting Plaintiff's Motion To Amend his Complaint to include Unity Health Care, Inc. Furthermore, in her Order of August 7, 2007, She Ordered the District of Columbia to answer the Complaint by September 14, 2007. To this day I, Plaintiff have not received the District of Columbia's response to the pending Complaint. See Exhibit A

Wherefore, in the interest of Justice, Plaintiff respectfully moves this Court to enter a Default Judgement against the District of Columbia or issue a Sanction. For failure to comply with the Sup. Ct. R. Civ. Pro. or remand this case back to the D.C. Sup. Ct. For further processing.

Respectfully Submitted,

Johnny Ray Chandler, Sr. 11977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

# EXHIBIT A

Exhibit A.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| JOHNNY RAY CHANDLER, Sr., ) | CASE NO. 2007 CA 004230 B |
| Plaintiff(s), ) | CALENDAR 8 |
| vs ) | JUDGE RONNA LEE BECK |
| DISTRICT OF COLUMBIA, et al., ) | |
| Defendant(s). ) | |

### ORDER GRANTING MOTION TO AMEND THE COMPLAINT AND SUPPLEMENT THE PLEADINGS

Before the court is plaintiff's motion to amend the complaint and supplement the pleadings. Plaintiff seeks to add an additional party, Unity Health Care Inc.[1] Super. Ct. Civ. R. 15(a) provides that a plaintiff may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. The plaintiff has not amended his complaint previously, and no responsive pleading to the complaint has yet been filed.

Plaintiff has been authorized to proceed *in forma pauperis*. As a result, the court has some responsibility in connection with service of process on the defendants. Super. Ct. Civ. R. 54 II, *Herbin v. Hoeffel*, 727 A.2d 883 (D.C. 1999). Consequently, the undersigned judge's assistant contacted Unity Health Services, Inc. and spoke with Molly Evans, in-house counsel, who represented that she was authorized to agree to accept service of process by mail.[2] Accordingly, it is this 7th day of August, 2007, hereby

ORDERED that plaintiff's motion to amend his complaint and to include Unity Health Care, Inc. as a party defendant is GRANTED;

---

[1] Plaintiff asked to add Unity Health Care Services, but the organization's correct name appears to be Unity Health Care, Inc.

[2] The court is very appreciative of the co-operation of Unity Health Services, Inc. and Ms. Evans in this regard.

DOCKETED IN CHAMBERS  AUG 0 7 2007

MAILED FROM CHAMBERS  AUG 0 7 2007

EXHIBIT B



FURTHER ORDERED that for service or process on Unity Health Care, Inc., the court is mailing a copy of this order, along with a copy of the summons and complaint to:

> Unity Health Care, Inc.
> 3020 14th Street, NW, Suite 401
> Washington, DC 20009
> Attn: Molly Evans

FURTHER ORDERED that by September 14, 2007, Unity Health Care, Inc. shall file its answer;

FURTHER ORDERED that the District of Columbia is directed to answer the complaint by September 14, 2007, as well. To save the court additional efforts, the court sincerely hopes that the District of Columbia will not challenge service of process in this case. Although plaintiff apparently already attempted to serve the District of Columbia, the court is enclosing a copy of the summons and complaint with the District of Columbia's copy of this order, for the District of Columbia's convenience. If the District of Columbia is challenging service of process, it is directed to notify the undersigned judge's assistant, Sharon Grabner (202-879-1162), immediately.

FURTHER ORDERED that this case is scheduled for an initial scheduling hearing on September 28, 2007, at 9:30 a.m. in courtroom 518.

_____
JUDGE RONNA LEE BECK
(Signed in Chambers)

2

**Copies mailed from chambers to:**

Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg-Medium
P.O. Box 90043
Petersburg, VA 23804-9003
*Plaintiff Pro Se*

Linda Singer, Esq.
Attorney General for the District of Columbia
441 4th Street NW
Washington DC 20001

Unity Health Care, Inc.
3020 14th Street, NW, Suite 401
Washington, DC 20009
Attn: Molly Evans

| ○ G. Habeas Corpus/2255 | ○ H. Employment Discrimination | ○ I. FOIA/PRIVACY ACT | ○ J. Student Loan |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability, age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. Labor/ERISA (non-employment) | ○ L. Other Civil Rights (non-employment) | ○ M. Contract | ○ N. Three-Judge Court |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding   ◉ 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
medical malpractice by federal employees. removed pursuant to 28 USC 1441, 1442, 1446, and 2679

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ $135,000.00   Select YES only if demanded in complaint   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 11/6/07   SIGNATURE OF ATTORNEY OF RECORD _____

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.