United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

  V.    Civil Action No. 07-CV-02010 (P.L.F.)

District of Columbia, et al.,

    Defendants.

RECEIVED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Plaintiffs' Motion To Amend the Complaint and Supplement The Pleadings

    Comes now Plaintiff, Johnny Ray Chandler, Proceeding Pro-Se, Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court, Respectfully moves this Honorable Court to accept into the Record, his amendment to the above claim\Complaint. In support of this Motion Plaintiff refers this Court to the following 42-1983 Complaint form.

Respectfully Submitted,
Johnny Ray Chandler, Sr.

## Certificate of Service

I, Johnny Ray Chandler hereby certify that a true and correct copy of the foregoing Motion To Amend the Complaint, the Certificate of Service and the 42-1983 Complaint Form, Were mailed, U.S. First Class Mail postage prepaid on this __15th__ day of January, 2008, To:

Mr. Jeffrey A. Taylor, U.S. Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Mr. Alexander D. Shoaibi, Asst. U.S. Attorney
555 4th Street, N.W., Room E-4218
Washington, D.C. 20530

Ms. Linda Singer, Esquire
D.C. Attorney General
441 4th Street, N.W.
Washington, D.C. 20001

Respectfully Submitted,
Johnny Ray Chandler
Reg. No. 91977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

# AUTHORIZATION
(Prisoner's Account Only)

Case No. _____

> NOTE: Completing this authorization form satisfies your obligation under 28 U.S.C. § 1915(a)(2) to submit a certified copy of your trust fund account.

I, Johnny Ray Chandler, Sr., request and authorize the agency holding me in custody to send to the Clerk of Court, United States District Court for the Middle District of Pennsylvania, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) at the institution where I am incarcerated. I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust account (or institutional equivalent) in the amounts specified by 28 U.S.C § 1915(b).

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee will be deducted from my account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: 1-7-2008 / 1-18-2008

_____
Signature of Prisoner
Johnny Ray Chandler, Sr.

# DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

Johnny Ray Chandler, Sr.

-v-

District of Columbia, et al.,
(respondent(s)/defendant(s))

I, __Johnny Ray Chandler, Sr___, am the petitioner/plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees or costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, that I believe I am entitled to redress.

I declare that the responses which I have made below are true.

1. If you are presently employed, state the amount of your salary wage per month, and give the name and address of your last employer. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

_____

2. If you are NOT PRESENTLY EMPLOYED, state the date of last employment and amount of the salary per month which you received AND how long the employment lasted. YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED. IF YOU HAVE NEVER BEEN EMPLOYED, SAY SO.

_____

3. Have you every received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self-employment?   YES___   NO_X_
   b. Rent payments, interest, or dividends?              YES___   NO_X_
   c. Pensions, annuities, or life insurance payments?    YES___   NO_X_
   d. Gifts or inheritances?                              YES_X_   NO___
   e. Any form of public assistance?                      YES___   NO_X_
   f. Any other sources?                                  YES___   NO_X_

If the answer to any of the questions in part three is yes, describe each source of money and state the amount received from each during the past months. I received $50.00 from my family

4. Do you own any cash or do you have money in a checking or savings account?

   YES ___   NO _X_   (Including any funds in prison accounts)
   If the answer is yes, state the total value owned.

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (including ordinary household furnishings and clothing)?
   YES ___   NO _X_
   If the answer is yes, describe the property and state its approximate value.

6. List the person(s) who are dependent upon you for support, state your relationship to those person(s), and indicate how much you contribute toward their support at the present time.

   None

7. If you live in a rented apartment or other rented building, state how much you pay each month for rent. Do not include rent contributed by other people.

   I am a prisoner

8. State any special financial circumstances which the court should consider in this application.

I understand that a false statement or answer to any questions in this declaration will subject me to the penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  7th  day of  January , 2008 .
            (day)              (month)           (year)

                                   Johnny Ray Chandler
                                        (signature)

2

FORMS TO BE COMPLETED BY PRISONERS FILING A CIVIL RIGHTS COMPLAINT
UNDER 42 U.S.C. § 1983 or 28 U.S.C. § 1331

COVER SHEET

**THIS COVER SHEET CONTAINS IMPORTANT INFORMATION ABOUT FILING A COMPLAINT AND YOUR OBLIGATIONS IF YOU DO FILE A COMPLAINT. READ AND COMPLETE THE COVER SHEET BEFORE YOU PROCEED FURTHER.**

*******************************************************************************

The cost for filing a civil rights complaint is $350.00.

If you do not have sufficient funds to pay the full filing fee of $350.00 you need permission to proceed *in forma pauperis*. However, the court will assess and, when funds exist, immediately collect an initial partial filing fee of 20 percent of the greater of:

1) the average monthly deposits to your prison account for the past six months; or

2) the average monthly balance in your prison account for the past six months.

Thereafter, the institution in which you are incarcerated will be required to make monthly payments of 20% of the preceding month's deposits credited to your account until the entire filing fee is paid.

CAUTION: YOUR OBLIGATION TO PAY THE FULL FILING FEE WILL CONTINUE REGARDLESS OF THE OUTCOME OF YOUR CASE, EVEN IF YOUR COMPLAINT IS DISMISSED BEFORE THE DEFENDANTS ARE SERVED.

*******************************************************************************

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $350.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. Check here if you are submitting the filing fee with the complaint form. ____

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court. Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees. ____

Please Note: If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

__11977-007__
(Inmate Number)

__Johnny Ray Chandler__
(Name of Plaintiff)

__U.S.P. Allenwood__
__P.O. Box 3000__
(Address of Plaintiff)

__White Deer, Pa. 17887__

(Case Number)

COMPLAINT

vs.

__District of Columbia__
__Mr. Fredrick Sullivan__

(Names of Defendants)

TO BE FILED UNDER: __X__ 42 U.S.C. § 1983 - STATE OFFICIALS

_____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A.  If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   __Chandler V. F.B.O.P.__
   __Chandler V. Bennett-Meehan__

II. Exhaustion of Administrative Remedies

   A.  Is there a grievance procedure available at your institution?
       __X__ Yes  ____ No

   B.  Have you filed a grievance concerning the facts relating to this complaint?
       ____ Yes  __X__ No

       If your answer is no, explain why not __It does not envolve the institution__

   C.  Is the grievance process completed?  __X__ Yes  __X__ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __District of Columbia__ is employed as __City Government__ at __Washington, D.C.__

B. Additional defendants __Fredrick Sullivan is employed as a Judge in the D.C. Superior Court Civil Division__

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. This claim is against the District of Columbia, for the actions of a member of the Judiciary System. This claim is for denial of Access to the Court under the First Amendment of

2.

3.

Complaint Continued

The United States Constitution. On November 28, 2007 I attempted to file a Civil Complaint, in the Small Claims Division of the D.C. Superior Court. Along with my Complaint form, I filed a Motion Requesting leave to proceed in forma Pauperis. On 12-18-07 I was denied leave to proceed in forma pauperis. I was indigent. The balance of my inmate account was .11¢ See Exhibits A, and B. Under the law, indigent prisoners must be allowed to file their Complaints, appeals and habeas corpus petitions without payment of docket fees. Also, the defendants are guilty of violating my Liberty Interest under the Fourteenth Amendment.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. For denial of Access to the Court under the First Amendment, I move this Court to award this plaintiff $200,000.00. Plus 75,000.00 for violation of my Liberty Interest

2. Declaritory Relief

3. _____

Signed this 7th day of January, 2008

(Signature of Plaintiff) Johnny Ray Chandler

I declare under penalty of perjury that the foregoing is true and correct.

1/7/08
(Date)

(Signature of Plaintiff) Johnny Ray Chandler



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Exhibit A.

Johnny Ray Chandler, Sr.
_____
Plaintiff(s)

_____
VS.

Mrs. Bernice E. Cook
_____
Defendant(s)

Case Number _____

## ORDER

Upon consideration of __Plaintiff's__ motion to *proceed in forma pauperis*, it is on this date __12-18-07__,

ORDERED that said motion is

☐ Granted, and the prepayment of court costs is hereby waived.

☒ Denied without prejudice, on the grounds that __Plaintiff may present himself in court to be examined on his affidavit upon his release from incarceration.__

It is further ORDERED that

Copies to:

_____
Frederick Sullivan, Judge

CAMPFP.doc

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Mr. Johnny Ray Chandler, Sr.                    Exhibit B.
_____
Plaintiff(s)

_____ vs. _____          Case Number _____

Mrs. Bernice E. Cook
_____
Defendant(s)

## MOTION TO PROCEED IN FORMA PAUPERIS

Comes now the **Plaintiff** and respectfully request this Honorable Court to allow them to proceed without prepayment of costs for the following reason(s):

I am an indigent Ward of the D.C. Superior Court

Printed name: Johnny Ray Chandler

Signature: Johnny Ray Chandler

Address: U.S.P. Allenwood, P.O. Box 3000, White Deer, Pa 17887

Home Phone No.:
Business Phone No.:

## CERTIFICATE OF SERVICE

I certify that a copy of the above was mailed, postage prepaid on _____

To:

Name:                                             Name:

Address:                                          Address:

_____
Signature

## POINTS AND AUTHORITIES

(Write the reasons why the Court should grant your motion and include Court rules, laws and cases, if any, that support your reasons.)

Johnny Ray Chandler, Sr.
Signature

CAMPFP.doc

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

_Johnny Ray Chandler_
Plaintiff

vs.

_Bernice E. Cook_
Defendant

Case No.: _____

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I further swear that the responses which I have made to questions and instructions below relating to my ability to pay the cost of proceeding in this action are true.

1. Are you presently employed?   Yes _____   No __X__
   If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

   a. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _6/10/05 I earned approx $ ~~2800~~ 3,600 per month before tax_

2. Have you received within the past twelve months any money form any of the following sources?
   a. Business, profession or form of self-employment?   Yes _____   No __X__
   b. Rent payments, interest, or dividends?   Yes _____   No __X__
   c. Pensions, annuities or life insurance payments?   Yes _____   No __X__
   d. Gifts or inheritance?   Yes _____   No __X__
   e. Any other sources?   Yes _____   No __X__

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

CAMPFP.doc

3. Do you own any cash, or have money in a checking or savings account? Yes  X   No _____
   (Include any funds in prison accounts). If the answer is yes, state the total value of the items owned.

   I have $0.11¢ in my prison account

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes _____ No  X  
   If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   None

I have read and subscribed to the above and swear, under oath, that the information is true and correct. I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

*Johnny Ray Chandler*
Plaintiff's Signature

Johnny Ray Chandler, being first duly sworn under oath, presents that he has read and subscribed to the above and states that the information herein is true and correct.

Plaintiff's Signature

SUBSCRIBED AND SWORN TO before me on this date: Nov. 1, 2007

Notary Public or other person Authorized to administer an oath

NOTARIAL SEAL
Jamie Lee Morrison, Notary Public
Gregg Twp., Union County
My commission expires September 28, 2008

CAMPFP.doc