UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHNNY RAY CHANDLER | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 1:07-cv-02010 |
| v. | ) | Assigned To: Judge PLF |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THE DISTRICT OF COLUMBIA'S MEMORANDUM IN OPPOSITION
TO PLAINTIFF'S MOTION FOR DEFAULT FOR FAILURE TO RESPOND**

Defendant, District of Columbia, by and through counsel, files this opposition to Plaintiffs' Motion for Default for Failure to Respond, stating:

Plaintiff filed the instant motion on January 18, 2008, alleging that the District of Columbia failed to respond to his Amended Complaint by the Court Ordered September 14, 2007, deadline. In support of his motion, Plaintiff attached a copy of Superior Court Judge Ronna Beck's order of August 7, 2007, which, in fact, required the District to respond to the complaint by September 14, 2007. Plaintiff has failed to apprise this court of two (2) scheduling conferences, both of which he attended by telephone according to the Superior Court docket entries. See *Superior Court Docket Entries* attached as Exhibit #1. At the scheduling conference on September 28, 2007, Judge Beck ordered that the District file an answer by October 15, 2007. Counsel for the District filed a motion to enlarge the time to file an answer on October 15, 2007 and filed an answer to the amended on October 31, 2007. See *District's Answer to Amended Complaint* attached as Exhibit #2. At the subsequent scheduling conference on November 2, 2007 Judge Beck ruled that "any motions for default filed for Plaintiff are denied." See *Superior Court Docket Entries* attached as Exhibit #1. Plaintiff has already been deemed a prolific filer

by Order of this Court dated March 10, 1995. See *Copy of Order of Judge Richard Roberts* attached as Exhibit #3 referring to the March 10, 1995 order. Plaintiff's instant motion is disingenuous and misleading to the Court.

## Conclusion

WHEREFORE, for the foregoing reasons, and the entire record in this case, defendant requests that Plaintiff's Motion be Denied and that the court grant such further relief as the nature of this cause shall require.

Respectfully submitted,

PETER J. NICKELS
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/S/  Kimberly M. Johnson
KIMBERLY M. JOHNSON [435163]
Chief, Civil Litigation Sec. I

/S/   Darrell Chambers
DARRELL CHAMBERS[1]
Assistant Attorney General
441 4TH Street, NW, Suite 600 South
Washington, D.C.  20001
202-724-6539
darrell.chambers@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2

CERTIFICATE OF SERVICE

This certifies that on the 5th day of FEBRUARY, 2008, a true and correct copy of the foregoing District's Opposition to Plaintiff's Motion for Default was mailed first class, postage pre-paid, to: **Johnny Ray Chandler #11977-007, U.S.P. Allenwood, P.O. Box 3000, White Deer, PA 17887**; and sent electronically to:

Alexander D. Shoaibi, Esquire
Assistant United States Attorney
Judiciary Center Building – Civil Division
555 Fourth Street, N.W. – Room E-4218
Washington, D.C. 20530
Counsel for Unity Health Care, Inc.

                        /S/   Darrell Chambers
                        DARRELL CHAMBERS

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNNY RAY CHANDLER            ) | |
|        Plaintiff,                                  ) | Case No.: 1:07-cv-02010 |
| v.                                                       ) | Assigned To: Judge PLF |
| DISTRICT OF COLUMBIA, *et al.*      ) | |
|        Defendants.                          ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Default and the District's Opposition thereto, it is this _____ day of _____, 2008 by the District Court for the District of Columbia:

**ORDERED**: That the Plaintiff's motion be and it is hereby, **DENIED**.

_____
J      U      D      G      E

4

## 2007 CA 004230 B CHANDLER, SR, JOHNNY R Vs. DISTRICT OF COLUMBIA

| File Date | 06/05/2007 | Case Status | Closed | Case Status Date | 06/05/2007 |
|---|---|---|---|---|---|
| | | Case Disposition | Notice of Removal To USDC | Case Disposition Date | 11/07/2007 |

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| CHANDLER, SR, JOHNNY R | | PLAINTIFF | PRO SE | |
| DISTRICT OF COLUMBIA | | Defendant | RICKMAN, Mr GEORGE E | (202)727-6295 |
| | | | LATTIMORE, III, Mr PHILLIP A | (202)806-6357 |
| D.C. DEPARTMENT OF CORRECTIONS | | Defendant | | |
| UNITY HEALTH CARE, INC | | Defendant | GHILADI, Ms KHATEREH S | (202)466-8960 |

### Financial Entries

| Receipt # | Date | Received From | | Amount Paid |
|---|---|---|---|---|
| 87104 | 10/26/2007 | GHILADI, Ms KHATEREH S | | 20.00 |
| | Payment | | Fee | |
| | Receipt Depositor  20.00 | | Cost | 20.00 |

| Receipt # | Date | Received From | | Amount Paid |
|---|---|---|---|---|
| 83182 | 09/07/2007 | GHILADI, KHATEREN S | | 20.00 |
| | Payment | | Fee | |
| | Receipt Depositor  20.00 | | Cost | 20.00 |

### Docket Entries

| Date | Text |
|---|---|
| 11/13/2007 | Notice of Hearing Mailed Next Business Day Notice Of Removal Sent on: 11/13/2007 11:08:51 |
| 11/07/2007 | Event Resulted: The following event: Status Hearing scheduled for 11/30/2007 at 10:30 am has been resulted as follows: Result: Event Not Held Case Dismissed Judge: BECK, RONNA L Location: Courtroom 518 |
| 11/07/2007 | Notice of Removal to USDC for The District of Columbia # 07CV2010 |
| 11/07/2007 | Additional eFiling Document to Notice of Filing Notice of Removal of a Civil Action Filed. Submitted 11/07/2007 17:13 jhc. Attorney: WALKER, JEFFREY K (489610) Attorney: CONTRERAS, Mr RUDOLPH (434122) Attorney: SHOAIBI, Mr ALEXANDER D (423587) |
| 11/07/2007 | Notice of Filing Notice of Removal of a Civil Action Filed. Submitted 11/07/2007 17:13 jhc. Attorney: WALKER, JEFFREY K (489610) Attorney: CONTRERAS, Mr RUDOLPH (434122) Attorney: SHOAIBI, Mr ALEXANDER D (423587) |
| 11/02/2007 | Event Scheduled Event: Status Hearing Date: 11/30/2007 Time: 10:30 am Judge: BECK, RONNA L Location: Courtroom 518 Result: Event Not Held Case Dismissed |

| Date | Entry |
|---|---|
| 11/02/2007 | Notice of Hearing Mailed Next Business Day Notice Of Hearing Sent on: 11/02/2007 16:50:49 |
| 11/02/2007 | Event Resulted: The following event: Scheduling Conference Hearing scheduled for 11/02/2007 at 9:30 am has been resulted as follows: Result: Scheduling Conference Hearing Not Held (COURTROOM 518 - CourtSmart) Atty Rickman and Atty Savey present. Pro se plaintiff is incarcerated and participated via telephone. Deft Unity Health Care Inc. has filed a Motion for Removal to U. S. District Court. Further Status Hearing is set for November 30, 2007 at 10:30 a.m. Any Motions for Default filed by plaintiff are denied. JUDGE BECK / mr Judge: BECK, RONNA L Location: Courtroom 518 |
| 10/31/2007 | The Defendant District of Columbia's Answer to Plaintiff's Amended Complaint Filed. Submitted 10/31/2007 18:19. ajm Attorney: RICKMAN, Mr GEORGE E (433298) DISTRICT OF COLUMBIA (Defendant); |
| 10/15/2007 | Motion for Extension of Time to File an Answer or Other Responsive Pleading and Memorandum In Support Filed. submitted 10/15/2007 15:49.dcm. (FILING ACCEPTED THIS DATE DUE TO SYSTEM ERROR).dcm. Attorney: GHILADI, Ms KHATEREH S (435484) UNITY HEALTH CARE, INC (Defendant); Receipt: 87104 Date: 10/26/2007 |
| 10/02/2007 | Praecipe Noting That the District Will not Waive Proper Service Filed. Submitted 10/02/2007 16:31 jhc. Attorney: RICKMAN, Mr GEORGE E (433298) Attorney: LATTIMORE III, Mr PHILLIP A (422968) DISTRICT OF COLUMBIA (Defendant); |
| 10/02/2007 | Order denying plaintiff's motion for a temporary restraining order and granting defendant 's motion for an extension of time to file an answer entered on: 9/20/07 Mailed to: Johnny Ray Chandler, Sr. Returned to Court on: 10/02/07 Reason: return to sender |
| 10/01/2007 | Praecipe to Change Address Filed JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 10/01/2007 | Event Scheduled Event: Scheduling Conference Hearing Date: 11/02/2007 Time: 9:30 am Judge: BECK, RONNA L Location: Courtroom 518 Result: Status Conference Held Result: Scheduling Conference Hearing Not Held |
| 10/01/2007 | Notice of Hearing Mailed Next Business Day Notice Of Hearing Sent on: 10/01/2007 11:53:50 |
| 09/28/2007 | Oral Order: Defendants District of Columbia and Unity Health Care are to file an answer to the complaint by October 15, 2007 per oral ruling in open court on 09/28/07. JUDGE BECK / mr |
| 09/28/2007 | Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 09/28/2007 at 9:30 am has been resulted as follows: Result: Scheduling Conference Hearing Not Held (COURTROOM 518 - CourtSmart) Atty Richman and Atty Ghiladi present. Pro se plaintiff is incarcerated and participated via telephone. Deft D.C. to file a praecipe by Tuesday, October 2, 2007 stating whether process of service has been deemed served in response to the court's sending summons and complaint or whether the court has to make more formal service. Deft was advised by the court to keep chambers apprised of his address after his release in March, 2008. Both defendants to file an answer to the complaint by October 15, 2007. Scheduling Conference reset for November 2, 2007 at 9:30 a.m. JUDGE BECK /mr Judge: BECK, RONNA L Location: Courtroom 518 |
| 09/20/2007 | Proof of Service to Order Denying Plaintiff's Motion for a Temporary Restraining Order and Granting Defendant Unity Health Care's Motion for an Extension of Time to File an Answer or Other Responsive Pleading. Submitted. 09/20/2007 12:44. ncv. Signed by Judge R. Beck on 09/28/07. |
| 09/20/2007 | Order Denying Plaintiff's Motion for a Temporary Restraining Order and Granting Defendant Unity Health Care's Motion for an Extension of Time to File an Answer or Other Responsive Pleading. Submitted. 09/20/2007 12:44. ncv. Signed by Judge R. Beck on 09/28/07. |
| 09/20/2007 | Order Granting Defendant Unity Health Care's Motion to Extend Time to File an Answer or Othere Responsive Pleading, signed by J/Beck on 9/19/07; Efiled, Counsel Eserved, and Docketed on 9/20/07. Copy mailed from chambers on 9/20/07 to pro se plaintiff. Note: this Order embodied in and imaged to a docket entry of the same date, titled "Order Denying Plaintiff's Motion for Temporary Restraining (titled in his filing as a Motion to Amend Complaint) and Granting Defendant Unity Health Care's Motion for an Extension of Time to File an Answer or Other Responsive Pleading". - sbg |
| 09/20/2007 | Order Denying Plaintiff's Motion for Temporary Restraining (titled in Plaintiff's filing as a Motion to Amend Complaint) and Granting Defendant Unity Health Care's Motion for an Extension of Time to File an Answer or Other Responsive Pleading, signed by J/Beck on 9/19/07; Efiled, Counsel Eserved, and Order Entered on the Docket on 9/20/07. Copy |

| Date | Entry |
|---|---|
| | mailed from chambers on 9/20/07 to pro se plaintiff. sbg |
| 09/06/2007 | Letter entered on: Mailed to: Johnny Ray Chandler Returned to Court on: 9-6-07 Reason: Return To Sender |
| 09/06/2007 | Motion for Extension of Time to file an Answer or Other Responsive Pleading and Memorandum in Support. Filed. Submitted. 09/06/2007 12:07. ncv. Attorney: GHILADI, Ms KHATEREH S (435484) UNITY HEALTH CARE, INC (Defendant); Receipt: 83182 Date: 09/07/2007 |
| 09/06/2007 | Praecipe to Enter Appearance Kathy S. Ghiladi as Counsel for the Defendant Unity Health Care, Inc. Filed. Submitted. 09/06/2007 11:55. ncv. Attorney: GHILADI, Ms KHATEREH S (435484) UNITY HEALTH CARE, INC (Defendant); |
| 08/16/2007 | Motion to Amend Complaint Filed Attorney: PRO SE (999999) JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 08/09/2007 | Issue Date: 08/09/2007 Service: Summons Issued Method: Service Issued Cost Per: $ UNITY HEALTH CARE, INC 3020 14th Street NW ste 401 WASHINGTON, DC 20009 Tracking No: 5000035327 |
| 08/07/2007 | Alias Summons Issued on Unity Health Care, Inc |
| 08/07/2007 | Alias Summons Issued on District of Columbia |
| 08/07/2007 | Order Granting Plaintiff's Motion to Amend his Complaint to Include Unity Health Care, Inc. as a Party Defendant, signed by J/Beck on 8/7/07; Docketed on 8/7/07; copies mailed from chambers on 8/7/07. sbg |
| 07/24/2007 | Motion To Amend The Complaint And Supplement The Pleadings Filed: Attorney: PRO SE (999999) JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 06/22/2007 | Issue Date: 06/22/2007 Service: Summons Issued Method: Service Issued Cost Per: $ DISTRICT OF COLUMBIA 1350 PENNSYLVANIA AVENUE NW WASHINGTON, DC 20004 Tracking No: 5000033272 D.C. DEPARTMENT OF CORRECTIONS 1923 Vermont Avenue NW Washington, DC 20011 Tracking No: 5000033273 |
| 06/21/2007 | Complaint Summons and I.O. with Acknowledgment Form mailed to Defendant District of Columbia by the Clerk Pursuant to SCR 54-II this date: June 21, 2007 JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 06/21/2007 | Complaint Summons and I.O. with Acknowledgment Form mailed to Defendant The D.C. Department of Corrections by the Clerk Pursuant to SCR 54-II this date: June 21, 2007. JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 06/21/2007 | Complaint Summons and I.O. with Acknowledgment Form mailed to Defendant District of Columbia by the Clerk Pursuant to SCR 54-II this date: June 21, 2007. JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 06/05/2007 | Order Granting Motion to Proceed In Forma Pauperis Signed by Judge Mary Abrecht May 16, 2007. Received in the Civil Clerk's Office on June 5, 2007. |
| 06/05/2007 | Motion to Proceed In Forma Pauperis Filed Attorney: PRO SE (999999) JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 06/05/2007 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 09/28/2007 Time: 9:30 am Judge: BECK, RONNA L Location: Courtroom 518 Result: Scheduling Conference Hearing Not Held |
| 06/05/2007 | Complaint for Negligence Filed |

Filed
D.C. Superior Court
07 Oct 31 P06:19
Clerk of Court

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

-CIVIL DIVISION-

| | |
|---|---|
| JOHNNY RAY CHANDLER, | ) |
| Plaintiff, | ) ) ) Civil Action No. 07-4230 |
| v. | ) Calendar 8: Judge Beck ) |
| THE DISTRICT OF COLUMBIA, | ) ) ) |
| Defendant. | ) |

### THE DEFENDAT DISTRICT OF COLUMBIA'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

#### FIRST DEFENSE

Plaintiff failed to state a claim upon which relief can be granted.

#### SECOND DEFENSE

The defendant District of Columbia ("District"), hereby responds to plaintiff's complaint as follows:

1. The District is without sufficient information to either admit or deny the allegations as stated in the complaint. To the extent any response is required, the District denies the allegations.

Further answering, the District hereby denies all allegations of wrongful conduct not specifically admitted to or otherwise answered.

#### THIRD DEFENSE

The actions of these defendants were reasonably necessary to effect, maintain and enforce the laws of the United States of America and/or the District of Columbia.

#### FOURTH DEFENSE

The actions of these defendants complied with all applicable laws and met or exceeded all applicable standards of care.

### FIFTH DEFENSE

If plaintiff was injured as alleged in the amended complaint, such injuries were the result of the criminal acts of third persons and not this Defendant.

### SIXTH DEFENSE

If plaintiff was injured as alleged in the amended complaint, such injuries were the result of her sole or contributory negligence and/or assumption of the risk.

### SEVENTH DEFENSE

Plaintiff may have failed to mitigate damages.

### EIGHTH DEFENSE

This action may be barred by the doctrine of laches and/or the applicable statutes of limitations.

### NINTH DEFENSE

These defendants deny all allegations of wrongdoing, including, but not limited to, violations of common law, statutory and operational standards, negligence and deliberate indifference.

### TENTH DEFENSE

The District claims a set-off for any and all funds paid to the plaintiff by Medicaid or any other form of public assistance or aid as a result of this alleged incident.

### JURY DEMAND

These defendants demand a jury trial on all issues so triable.

WHEREFORE, having fully answered, these defendants request that Plaintiff's amended complaint be dismissed with prejudice, with costs awarded. FURTHER, these defendants reserve the right to amend this answer pursuant to SCR-Civil 15.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, D.C.
Civil Litigation Division

/s/ Phillip A. Lattimore, III
PHILLIP A. LATTIMORE, III.
Chief, General Litigation Section III
Civil Litigation Division

/s/ George Rickman
GEORGE E. RICKMAN #433298
Assistant Attorney General, D.C.
General Litigation Section IV
Civil Litigation Division
441 Fourth Street, Sixth Floor North
Washington, D.C. 20001
202-442-9840; 202-727-6295

## CERTIFICATE OF SERVICE

I do hereby certify that on this 31st day of October a copy of this answer to plaintiff's complaint was mailed first class postage pre-paid to:

Johnny Ray Chandler
11977-007
FP Allenwood
P.O. Box 3000
White Deer, PA 17887

/s/George E. Rickman
Assistant Attorney General, D.C.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1895 (RWR) |
| | ) |
| UNITED STATES OF | ) |
| AMERICA, et al. | ) |
| | ) |
| Defendant. | ) |

ORDER

On March 10, 1995, Johnny Ray Chandler was found to be a prolific filer and was enjoined from filing further civil actions with this court without first obtaining leave to file from the court. Chandler v. D.C. Dep't of Corr., Civil Action No. 95-2366 (GK) (D.D.C. Mar. 10, 1995) (order enjoining plaintiff). "In seeking leave to file, Plaintiff must certify that his claims have never been raised and disposed of on the merits. He must also certify that the claims are not frivolous or harassing." Id.

In filing his most recent complaint, which alleges violations of 42 U.S.C. § 1983 by the United States and the United States Department of Education, the defendant failed to seek leave of the court, failed to certify that his claims have never before been raised and disposed of, and failed to certify

- 2 -

that his claims are not frivolous and harassing.  Accordingly it is hereby

ORDERED that this case be, and hereby is, DISMISSED for failure to comply with the court's injunction of March 10, 1995.

SIGNED this 6th day of October, 2005.

_____/s/_____<br>
RICHARD W. ROBERTS<br>
United States District Judge