FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE ~~_____~~ DISTRICT OF ~~_____~~ Columbia

__11977-007__
(Inmate Number)

__Johnny Ray Chandler, Sr.__
(Name of Plaintiff)  __U.S.P. Allenwood__

__P.O. Box 3000__
(Address of Plaintiff)

__White Deer, Pa. 17887__

vs.

__Fed. Bureau of Prisons__
__Mr. R. Martinez, Warden__
__Ms. Mudge, Safety Officer__
(Names of Defendants)

__07-CV-2010 (P.L.F.)__
(Case Number)

COMPLAINT

RECEIVED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS

__X__ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   _____

   _____

   _____

   _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      __X__ Yes _____ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      __X__ Yes _____ No

      If your answer is no, explain why not _____

      _____

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant Federal Bureau of Prisons is employed as Prison System at 320 First Street, N.W. 20534

B. Additional defendants Mr. R. Martinez is employed as the Warden at U.S.P. Allenwood, P.O. Box 3500 White Deer, Pa. 17887, Ms. Mudge is employed as the Safety Officer at U.S.P. Allenwood

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. This Complaint is an Amendment to the case of Chandler V. District of Columbia, et al., 07-CV-02010 (P.L.F.). This claim, just like the pending claim, is for negligence and un-safe housing.

2. 

3.

## Complaint Continued

conditions. I am presently housed at the U.S.P. Allenwood Penitentiary in White Deer, Pennsylvania. I am presently housed in the S.H.U. (Special Housing Unit-Segregation Unit). Here in the Special Housing Unit. Just like at the D.C. Detention Facility (Jail). None of the cells except one (cell 204) are equipped with ladders to climb up on the top bunk. I am presently assigned to the top bunk in cell 110. I am only 5'6" tall. The top bunk is at least 5'1" off the floor. I have personally spoken with the Safety Officer, Ms. Mudge of the Safety Dept. in reference to ladders being on the beds. To this day, my issue of complaint has not been addressed or corrected. On the evening of 1-3-08 I fell trying to gain access to the top bunk. At which time I injured the Right Ankle on my Right leg.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. <u>Injunctive Relief</u>: It be ordered that ladders be placed/attached to every bunk bed in the S.H.U. and in the General Populations here at U.S.P. Allenwood

2. <u>Monitary Relief</u>: $50,000.00 for pain and suffering

3. _____

Signed this __7th__ day of __January__, 2008

_____
(Signature of Plaintiff) Johnny Ray Chandler

I declare under penalty of perjury that the foregoing is true and correct.

__1-7-08__
(Date)

_____
(Signature of Plaintiff) Johnny Ray Chandler