RECEIVED
FEB 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

V.  Civil Action No. 07-CV-02010 (P.L.F.)

District of Columbia, et al.,

    Defendants

---

**Plaintiffs' Rebuttal to the Defendants' Opposition To Plaintiff's Motion for Default for failure to Respond**

---

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court. Respectfully moves this Court to accept his rebuttal to the defendants opposition.

    In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

    Respectfully Submitted,

    Johnny Ray, Chandler

United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

   Plaintiff,

   V.   Civil Action No. 07-CV-02010 (P.L.F.)

District of Columbia, et al.,

   Defendants.

<u>Plaintiffs' Memorandum of Points and Authorities in support of his Rebuttal to the Defendants Opposition to his Motion for Default.</u>

   Plaintiff, Johnny Ray Chandler, Sr, Proceeding Pro-Se, Respectfully moves this Honorable Court to accept his rebuttal to the defendants pending Motion in opposition to Plaintiffs' Motion for Default

   Plaintiffs' instant Complaint was initially filed in the District of Columbia's Superior Court on June 5, 2007

2.

A.                    ARGUMENT

Here in this case, which is presently before this Court. The Defendants Counsel is attempting to manipulate this Court through artful pleadings.

They have not produced any facts to support their allegations or defenses.

Throughout the Defendants Opposition Motion. They make constant references to the Amended Complaint. They even supplied this Court with a copy of the Superior Court Docketing Statement. Which only makes mention of Defendants response to the Amended Complaint. No where in the Docketing Statement, does it state that the Defendants responded to the initial Complaint. Which, is the basis of Plaintiffs' Default Motion. (See Defendants Exhibit 1)

On September 28, 2007. Judge, Ronna Beck Ordered both defendants (Unity Health Care and the District of Columbia) in Open Court to file an answer to the Complaint by October 15, 2007. (See Docketing Statement.)

Moreover, per the Initial Order and

3.

ADDENDUM. NO. 3. Within 20 days of service as described above, except as otherwise noted in SCR Civ. 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleadings. As to the defendant who has failed to respond, a default judgment will be entered unless the time to respond has been extended as provided in S.C.R. Civ. 55(a). See Plaintiffs' Exhibit A.

Furthermore, pursuant to the Docketing Statement (Defendants Exhibit #1), Pg. 3 of 3. The District of Columbia was served with the Summons and Complaint on August 7, 2007. Which, pursuant to the Initial Order and Addendum. Defendant, (District of Columbia's) response was due on 8/27/07. They did not respond by 8/27/07 and they did not respond by 10/15/07 as Ordered by Judge Bock, Therefore, the District of Columbia has twice committed Default.

Wherefore, in the interest of ~~Default~~ Justice, I, plaintiff respectfully move this Honorable Court to Deny defendants Motion and GRANT plaintiffs' Motion for Default.

Respectfully Submitted,
Johnny Ray Chandler, Sr. 11977-007

4.

# Certificate of Service

I plaintiff, Johnny Ray Chandler, Sr, hereby certify that a true and correct copy of the foregoing Rebuttal Motion, Certificate of Service and the exhibits, Were mailed, U.S. First Class Mail, postage prepaid, on this 21st 25th day of February, 2008, To:

CC: Ms. Kimberly M. Johnson,
Mr. Darrell Chambers
Asst. Attorney General
441 Fourth Street, N.W.
Suite 600 South
Washington, D.C. 20001

5.

| 2007 CA 004230 B CHANDLER, SR, JOHNNY R Vs. DISTRICT OF COLUMBIA |||||
|---|---|---|---|---|
| File Date | 06/05/2007 | Case Status | Closed | |
| | | | | Case Status Date 06/05/2007 |
| | | Case Disposition | Notice of Removal To USDC | Case Disposition Date 11/07/2007 |

### Party Information

| Party Name | Party Alias(es) | Party Type | Attorney(s) | Attorney Phone |
|---|---|---|---|---|
| CHANDLER, SR, JOHNNY R | | PLAINTIFF | PRO SE | |
| DISTRICT OF COLUMBIA | | Defendant | RICKMAN, Mr GEORGE E | (202)727-6295 |
| | | | LATTIMORE, III, Mr PHILLIP A | (202)806-6357 |
| D.C. DEPARTMENT OF CORRECTIONS | | Defendant | | |
| UNITY HEALTH CARE, INC | | Defendant | GHILADI, Ms KHATEREH S | (202)466-8960 |

### Financial Entries

| Receipt # | Date | Received From | Amount Paid |
|---|---|---|---|
| 87104 | 10/26/2007 | GHILADI, Ms KHATEREH S | 20.00 |
| | Payment | | Fee |
| | Receipt Depositor  20.00 | | Cost  20.00 |
| 83182 | 09/07/2007 | GHILADI, KHATEREN S | 20.00 |
| | Payment | | Fee |
| | Receipt Depositor  20.00 | | Cost  20.00 |

**DEFENDANT'S EXHIBIT #1**

### Docket Entries

| Date | Text |
|---|---|
| 11/13/2007 | Notice of Hearing Mailed Next Business Day Notice Of Removal Sent on: 11/13/2007 11:08:51 |
| 11/07/2007 | Event Resulted: The following event: Status Hearing scheduled for 11/30/2007 at 10:30 am has been resulted as follows: Result: Event Not Held Case Dismissed Judge: BECK, RONNA L Location: Courtroom 518 |
| 11/07/2007 | Notice of Removal to USDC for The District of Columbia # 07CV2010 |
| 11/07/2007 | Additional eFiling Document to Notice of Filing Notice of Removal of a Civil Action Filed. Submitted 11/07/2007 17:13 jhc. Attorney: WALKER, JEFFREY K (489610) Attorney: CONTRERAS, Mr RUDOLPH (434122) Attorney: SHOAIBI, Mr ALEXANDER D (423587) |
| 11/07/2007 | Notice of Filing Notice of Removal of a Civil Action Filed. Submitted 11/07/2007 17:13 jhc. Attorney: WALKER, JEFFREY K (489610) Attorney: CONTRERAS, Mr RUDOLPH (434122) Attorney: SHOAIBI, Mr ALEXANDER D (423587) |
| 11/02/2007 | Event Scheduled Event: Status Hearing Date: 11/30/2007 Time: 10:30 am Judge: BECK, RONNA L Location: Courtroom 518 Result: Event Not Held Case Dismissed |

| Date | Entry |
|---|---|
| 11/02/2007 | Notice of Hearing Mailed Next Business Day Notice Of Hearing Sent on: 11/02/2007 16:50:49 |
| 11/02/2007 | Event Resulted: The following event: Scheduling Conference Hearing scheduled for 11/02/2007 at 9:30 am has been resulted as follows: Result: Scheduling Conference Hearing Not Held (COURTROOM 518 - CourtSmart) Atty Rickman and Atty Savey present. Pro se plaintiff is incarcerated and participated via telephone. Deft Unity Health Care Inc. has filed a Motion for Removal to U. S. District Court. Further Status Hearing is set for November 30, 2007 at 10:30 a.m. Any Motions for Default filed by plaintiff are denied. JUDGE BECK / mr Judge: BECK, RONNA L Location: Courtroom 518 |
| 10/31/2007 | The Defendant District of Columbia's Answer to Plaintiff's Amended Complaint Filed. Submitted 10/31/2007 18:19. ajm Attorney: RICKMAN, Mr GEORGE E (433298) DISTRICT OF COLUMBIA (Defendant); |
| 10/15/2007 | Motion for Extension of Time to File an Answer or Other Responsive Pleading and Memorandum In Support Filed. submitted 10/15/2007 15:49.dcm. (FILING ACCEPTED THIS DATE DUE TO SYSTEM ERROR).dcm. Attorney: GHILADI, Ms KHATEREH S (435484) UNITY HEALTH CARE, INC (Defendant); Receipt: 87104 Date: 10/26/2007 |
| 10/02/2007 | Praecipe Noting That the District Will not Waive Proper Service Filed. Submitted 10/02/2007 16:31 jhc. Attorney: RICKMAN, Mr GEORGE E (433298) Attorney: LATTIMORE III, Mr PHILLIP A (422968) DISTRICT OF COLUMBIA (Defendant); |
| 10/02/2007 | Order denying plaintiff's motion for a temporary restraining order and granting defendant's motion for an extension of time to file an answer entered on: 9/20/07 Mailed to: Johnny Ray Chandler, Sr. Returned to Court on: 10/02/07 Reason: return to sender |
| 10/01/2007 | Praecipe to Change Address Filed JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 10/01/2007 | Event Scheduled Event: Scheduling Conference Hearing Date: 11/02/2007 Time: 9:30 am Judge: BECK, RONNA L Location: Courtroom 518 Result: Status Conference Held Result: Scheduling Conference Hearing Not Held |
| 10/01/2007 | Notice of Hearing Mailed Next Business Day Notice Of Hearing Sent on: 10/01/2007 11:53:50 |
| 09/28/2007 | Oral Order: Defendants District of Columbia and Unity Health Care are to file an answer to the complaint by October 15, 2007 per oral ruling in open court on 09/28/07. JUDGE BECK / mr |
| 09/28/2007 | Event Resulted: The following event: Initial Scheduling Conference-60 scheduled for 09/28/2007 at 9:30 am has been resulted as follows: Result: Scheduling Conference Hearing Not Held (COURTROOM 518 - CourtSmart) Atty Richman and Atty Ghiladi present. Pro se plaintiff is incarcerated and participated via telephone. Deft D.C. to file a praecipe by Tuesday, October 2, 2007 stating whether process of service has been deemed served in response to the court's sending summons and complaint or whether the court has to make more formal service. Deft was advised by the court to keep chambers apprised of his address after his release in March, 2008. Both defendants to file an answer to the complaint by October 15, 2007. Scheduling Conference reset for November 2, 2007 at 9:30 a.m. JUDGE BECK /mr Judge: BECK, RONNA L Location: Courtroom 518 |
| 09/20/2007 | Proof of Service to Order Denying Plaintiff's Motion for a Temporary Restaining Order and Granting Defendant Unity Health Care's Motion for an Extension of Time to File an Answer or Other Responsive Pleading. Submitted. 09/20/2007 12:44. ncv. Signed by Judge R. Beck on 09/28/07. |
| 09/20/2007 | Order Denying Plaintiff's Motion for a Temporary Restraining Order and Granting Defendant Unity Health Care's Motion for an Extension of Time to File an Answer or Other Responsive Pleading. Submitted. 09/20/2007 12:44. ncv. Signed by Judge R. Beck on 09/28/07. |
| 09/20/2007 | Order Granting Defendant Unity Health Care's Motion to Extend Time to File an Answer or Othere Responsive Pleading, signed by J/Beck on 9/19/07; Efiled, Counsel Eserved, and Docketed on 9/20/07. Copy mailed from chambers on 9/20/07 to pro se plaintiff. Note: this Order embodied in and imaged to a docket entry of the same date, titled "Order Denying Plaintiff's Motion for Temporary Restraining (titled in his filing as a Motion to Amend Complaint) and Granting Defendant Unity Health Care's Motion for an Extension of Time to File an Answer or Other Responsive Pleading". - sbg |
| 09/20/2007 | Order Denying Plaintiff's Motion for Temporary Restraining (titled in Plaintiff's filing as a Motion to Amend Complaint) and Granting Defendant Unity Health Care's Motion for an Extension of Time to File an Answer or Other Responsive Pleading, signed by J/Beck on 9/19/07; Efiled, Counsel Eserved, and Order Entered on the Docket on 9/20/07. Copy |

| Date | Entry |
|---|---|
| | mailed from chambers on 9/20/07 to pro se plaintiff. sbg |
| 09/06/2007 | Letter entered on: Mailed to: Johnny Ray Chandler Returned to Court on: 9-6-07 Reason: Return To Sender |
| 09/06/2007 | Motion for Extension of Time to file an Answer or Other Responsive Pleading and Memorandum in Support. Filed. Submitted. 09/06/2007 12:07. ncv. Attorney: GHILADI, Ms KHATEREH S (435484) UNITY HEALTH CARE, INC (Defendant); Receipt: 83182 Date: 09/07/2007 |
| 09/06/2007 | Praecipe to Enter Appearance Kathy S. Ghiladi as Counsel for the Defendant Unity Health Care, Inc. Filed. Submitted. 09/06/2007 11:55. ncv. Attorney: GHILADI, Ms KHATEREH S (435484) UNITY HEALTH CARE, INC (Defendant); |
| 08/16/2007 | Motion to Amend Complaint Filed Attorney: PRO SE (999999) JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 08/09/2007 | Issue Date: 08/09/2007 Service: Summons Issued Method: Service Issued Cost Per: $ UNITY HEALTH CARE, INC 3020 14th Street NW ste 401 WASHINGTON, DC 20009 Tracking No: 5000035327 |
| 08/07/2007 | Alias Summons Issued on Unity Health Care, Inc |
| 08/07/2007 | Alias Summons Issued on District of Columbia |
| 08/07/2007 | Order Granting Plaintiff's Motion to Amend his Complaint to Include Unity Health Care, Inc. as a Party Defendant, signed by J/Beck on 8/7/07; Docketed on 8/7/07; copies mailed from chambers on 8/7/07. sbg |
| 07/24/2007 | Motion To Amend The Complaint And Supplement The Pleadings Filed: Attorney: PRO SE (999999) JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 06/22/2007 | Issue Date: 06/22/2007 Service: Summons Issued Method: Service Issued Cost Per: $ DISTRICT OF COLUMBIA 1350 PENNSYLVANIA AVENUE NW WASHINGTON, DC 20004 Tracking No: 5000033272 D.C. DEPARTMENT OF CORRECTIONS 1923 Vermont Avenue NW Washington, DC 20011 Tracking No: 5000033273 |
| 06/21/2007 | Complaint Summons and I.O. with Acknowledgment Form mailed to Defendant District of Columbia by the Clerk Pursuant to SCR 54-II this date: June 21, 2007 JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 06/21/2007 | Complaint Summons and I.O. with Acknowledgment Form mailed to Defendant The D.C. Department of Corrections by the Clerk Pursuant to SCR 54-II this date: June 21, 2007. JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 06/21/2007 | Complaint Summons and I.O. with Acknowledgment Form mailed to Defendant District of Columbia by the Clerk Pursuant to SCR 54-II this date: June 21, 2007. JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 06/05/2007 | Order Granting Motion to Proceed In Forma Pauperis Signed by Judge Mary Abrecht May 16, 2007. Received in the Civil Clerk's Office on June 5, 2007. |
| 06/05/2007 | Motion to Proceed In Forma Pauperis Filed Attorney: PRO SE (999999) JOHNNY RAY CHANDLER Sr (PLAINTIFF); |
| 06/05/2007 | Event Scheduled Event: Initial Scheduling Conference-60 Date: 09/28/2007 Time: 9:30 am Judge: BECK, RONNA L Location: Courtroom 518 Result: Scheduling Conference Hearing Not Held |
| 06/05/2007 | Complaint for Negligence Filed |



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

JOHNNY RAY CHANDLER Sr
Vs.
DISTRICT OF COLUMBIA

C.A. No.     2007 CA 004230 B

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. *All future filings* in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge RONNA L BECK
Date:  June 5, 2007
Initial Conference: 9:30 am, Friday, September 28, 2007
Location:  Courtroom 518
            500 Indiana Avenue N.W.
            WASHINGTON, DC  20001

Caio.doc