Memorandum

To: Ms. Nancy Mayer Whittington, Clerk
United States District Court, for the
District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

From: Johnny Roy Chandler, Sr.
Reg. No. 11977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

Subject: Request for entry of Default

RE: Chandler V. District of Columbia, et al.,
Civil Action No. 07-CV-02010 (P.L.F.)

Date: February 6, 2008

Dear Ms. Whittington,

This Memorandum is being written and sent to you in accordance with Rule 55 of the Fed. R. Civ. Pro.

The above claim was initially filed in the Superior Court of the District of Columbia. This complaint wa

assigned to Judge Ronna Lee Beck. On September 14, 2007, Judge Beck issued an Order to the District of Columbia, (Defendant), To file it's answer or responsive pleading prior to the initial Scheduling Conference of September 18, 2007. (See Exhibit A)

To this day, the District of Columbia has not responded to the Complaint.

Wherefore, pursuant to Rule 55 and in the interest of Justice, I, respectfully Request that you enter the Defendant's Default.

Sincerely,

Johnny Ray Chandler,

CC; Enclosed

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| JOHNNY RAY CHANDLER, SR., | CASE NO. 2007 CA 004230 B |
| Plaintiff(s), | CALENDAR 8 |
| vs | JUDGE RONNA LEE BECK |
| DISTRICT OF COLUMBIA, et al., | |
| Defendant(s). | |

## ORDER DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND GRANTING DEFENDANT UNITY HEALTH CARE'S MOTION FOR AN EXTENSION OF TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADING

Before the court is plaintiff's request for a temporary restraining order against the Federal Bureau of Prisons and two of its employees in Petersburg, Virginia.[1] Because of his pending litigation in the District of Columbia, Plaintiff seeks to prevent his transfer to a different correctional facility, which will be at a greater distance from the District of Columbia than his current place of incarceration in Petersburg.

Plaintiff's request will be denied. The court does not have jurisdiction over the Federal Bureau of Prisons and its two employees in this case. Nor would it be appropriate for the court to interfere with decisions about where plaintiff should be incarcerated based on this pending civil litigation. Moreover, the court is not in a position to transport plaintiff to the Superior Court from any of the federal facilities, nor is the government required to do so, in connection with this civil litigation. Thus it is not the case that plaintiff's transfer to a different facility will result in greater expense to the government (or the court) in connection with this civil litigation. The court plans to arrange for plaintiff to participate in the initial scheduling conference by phone.

---

[1] Plaintiff's motion is titled motion to amend complaint.

DOCKETED IN CHAMBERS  SEP 20 2007

Also pending before the court is Defendant Unity Health Care's motion to extend the time to answer or otherwise plead to the complaint, to which the District of Columbia consents. The deadline for plaintiff to respond to the motion has not yet passed. Because it seems clear that it is appropriate to grant Defendant Unity Health Care additional time, the motion will be granted. If plaintiff objects, however, he may file a motion to reconsider.

✱⟶ In accordance with this court's order of September 14, 2007, the District of Columbia's answer or other responsive pleading was due on September 14, 2007, but has not yet been filed. The District of Columbia shall file its answer or responsive pleading prior to the initial scheduling conference, which remains scheduled for September 28, 2007, at 9:30 a.m. in courtroom 518.

SO ORDERED this 19th day of September, 2007.

*Ronna Lee Beck*
_____
JUDGE RONNA LEE BECK
(Signed in Chambers)

**Copy mailed from chambers to:**
Johnny Ray Chandler, Sr.
Fed. Reg. No. 11977-007
FCC Petersburg – Medium
P.O. Box 90043
Petersburg, VA  23804-9003
Plaintiff, Pro Se

MAILED FROM CHAMBERS  SEP 2 0 2007

**Copies served electronically on counsel through eFiling for Courts:**
Linda Singer, Esq.
Attorney General for the District of Columbia
*Counsel for Defendant District of Columbia*

Edward T. Waters, Esq.
Kathy S. Ghiladi, Esq.
FELDESMAN TUCKER LEIFER FIDELL LLP
*Counsel for Defendant Unity Health Care, Inc.*