Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHNNY RAY CHANDLER, SR.,

      Plaintiff(s)

   v.

Civil Action No. 07-2010 PLF

DISTRICT OF COLUMBIA, ET AL.,

      Defendant(s)

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served pursuant to order filed on 9/18/07 in Superior Court, and an affidavit on behalf of the plaintiff having been filed, it is this 7th day of March, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis

Deputy Clerk