UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:07-cv-02010 |
| v. ) | Assigned To: Judge PLF |
| ) | |
| DISTRICT OF COLUMBIA, *et al.* ) | |
| ) | |
| Defendants. ) | |
| _____) | |

ORDER

Upon consideration of the District's Motion to Vacate Default and Request for Sanctions, the hearing on the motion, if any, and any Opposition thereto, it is this      day of           , 2008 by the United States District Court for the District of Columbia:

**ORDERED**:  That the motion be and it is hereby, **GRANTED**; and it is further,

**ORDERED**:  That this matter is dismissed, with prejudice.

_____
J     U     D     G     E