United States District Court
for the District of Columbia

RECEIVED
APR 23 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny Ray Chandler, Sr.,

    Plaintiff,

    V.   Case No. 07-CV-02010 (P.L.F.)

District of Columbia, et al.,

    Defendants.

Plaintiffs' Request for an extension of Time

    Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se, Pursuant to Rule 6 of the Fed. R. Civ. Pro, and the Rules of this Court. Respectfully moves this Honorable Court for an extension of time up to and encluding May 24, 2008 to respond to the defendants pending Motion.

    Respectfully Submitted,

    Johnny Ray Chandler

Certificate of Service

I, hereby certify that a true and correct copy of the foregoing Motion for an Extention of Time was mailed, U.S. First Class Mail postage prepaid on this 17th day of April, 2008, TO:

Mr. Darrell Chambers
Ass't Attorney General
441 4th Street, N.W. 600 south
Washington, D.C 20001

Respectfully Submitted,
Johnny Ray Chandler