United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

Plaintiff,

V.   Case No. 07-CV-02010 (P.L.F.)

District of Columbia, et al.,

Defendants,

RECEIVED
APR 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>Plaintiffs' Rebuttal to the District of Columbia's Motion to Vacate Default and Request for Sanction</u>

Comes now Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Pursuant to the Fed. R. Civ. Pro, and the Rules of this Court. Respectfully moves this Court to accept into the Record, his rebuttal to the defendant (District of Columbia) Motion To Vacate Default and Request for sanctions.

1.

In support of this Motion, Plaintiff refers this Court to the following Memorandum of Points and Authorities.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro-Se
Reg. No. 11977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

United States District Court
for the District of Columbia

Civil Division

Johnny Ray Chandler, Sr.,

    Plaintiff,

    V.   Case No. 07-CV-02010 (P.L.F.)

District of Columbia, et al.,

    Defendants.

__Plaintiffs' Memorandum of Points and Authorities in support of his rebuttal to the District of Columbia's Motion to vacate default and Request for Sanctions__

    Plaintiff, Johnny Ray Chandler, Sr. Proceeding Pro-Se. Pursuant to the Fed. R. Civ. Pro. and the Rules of this Court. Hereby moves this Honorable Court to accept into the Record, his rebuttal to the District of Columbia's Motion to vacate default and request for sanctions

3.

A.               ARGUMENT

    On March 6, 2008, Plaintiff filed a Rule 55 Motion for Default, Factually stating that the District of Columbia had not filed a response to the Complaint as Ordered by Judge Beck of the Superior Court of the District of Columbia. The District of Columbia (here and after defendant) alleged that they responded to the Complaint. If this Court will examin the exhibits filed by the defendant, This Court will clearly see that the defendant responded to the Amended Complaint. The District of Columbia never responded to the Initial Complaint. Judge Beck ORDERED the District of Columbia to file it's response to the Complaint (Initial Complaint), on or before September 18, 2007. But, to this day, the District of Columbia still has not responded to the initial Complaint. (see defendants exhibits).

    Moreover, plaintiff did not mislead the clerk or file his Rule 55 Default Motion in bad faith.

4.

Wherefore, in the interest of Justice, Plaintiff hereby, respectfully moves this Honorable Court to enter a Judgment of Default against the District of Columbia and deny it's request for sanctions.

Respectfully Submitted,

Johnny Ray Chandler, Sr.
Plaintiff, Pro Se
Reg. No. 11977-007
U.S.P. Allenwood
P.O. Box 3000
White Deer, Pa. 17887

5.

# Certificate of Service

I Plaintiff, Johnny Ray Chandler, Sr. Hereby certify that a true and correct copy of the foregoing Rebuttal Motion was mailed U.S. First Class Mail, postage prepaid on this __1st__ day of May, 2008

TO: Mr. Peter J. Nickels ✓
Interim Attorney General
for the District of Columbia;

Mr. George C. Valentine
Deputy Attorney General;

Ms. Kimberly M. Johnson ✓
Chief, Civil Litigation, Section 1;

Mr. Darrell Chambers ✓
Asst. Attorney General
441 Fourth Street, N.W., Suite 600 South
Washington, D.C. 20001

Respectfully Submitted,

Johnny Ray Chandler

6.