CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

U.S. POSTAGE $00.42
PITNEY BOWES
AUG 06 2008
02 1A
0004634648
MAILED FROM ZIP CODE 20001

Received
Mail Room
AUG 18 2008
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

NIXIE    176 CE 1    05 08/13/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 20001280299    *0231-07982-07-40

.

Johnny Ray Chandler, Sr. #11977-007
USP Allenwood
P. O. Box 3000
White Deer, PA 17887



DCD_ECFNotice@dcd.uscourts.gov
08/05/2008 08:59 AM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:07-cv-02010-PLF CHANDLER v. UNITY HEALTH CARE, INC. Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 8/5/2008 at 8:59 AM and filed on 8/5/2008
**Case Name:**         CHANDLER v. UNITY HEALTH CARE, INC.
**Case Number:**       1:07-cv-2010
**Filer:**
**Document Number:**   18

Docket Text:
**ORDER that plaintiff must respond to the United States' motion to dismiss on or before August 18, 2008. Signed by Judge Paul L. Friedman on August 5, 2008. (MA)**

**1:07-cv-2010 Notice has been electronically mailed to:**

Alexander Daniel Shoaibi  alexander.d.shoaibi@usdoj.gov

Darrell Chambers  darrell.chambers@dc.gov

**1:07-cv-2010 Notice will be delivered by other means to::**

JOHNNY RAY CHANDLER, SR
R11977-007
ALLENWOOD