UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY RAY CHANDLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2010 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on the United States' motion to dismiss, which was filed on December 14, 2007. Plaintiff is proceeding *pro se* in this matter. In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Fox v. Strickland, 837 F.2d at 509. Accordingly, the Court wishes to advise plaintiff that he must respond to the United States' motion to dismiss on or before September 9, 2008.[1] If plaintiff does not respond, the Court will treat the motion as conceded and dismiss the complaint.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: August 25, 2008          United States District Judge

---

[1] The Court issued a similar Order on August 5, 2008. That Order – which was mailed to plaintiff – instructed plaintiff to respond by August 18, 2008. It was returned as undeliverable on August 18, 2008. The Court has obtained what it believes to be plaintiff's new address and will mail this Order to that address.