# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 09-5371**                    **September Term 2009**

**1:07-cv-02010-PLF**

**Filed On: May 25, 2010** [1246389]

Johnny Ray Chandler,

    Appellant

    v.

Unity Health Care Inc., et al.,

    Appellees



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 7/16/10
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

## O R D E R

By orders filed November 19, 2009, February 2, 2010, and March 24, 2010, appellant was directed to pay the $455 filing fee to the Clerk, U.S. District Court for the District of Columbia. To date, the fee has not been paid. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case by July 9, 2010.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

BY:    /s/
        Sabrina M. Crisp
        Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk